United States Bankruptcy Court

Western District of New York

| | |
|---|---|
| In re: | Case No. 23-20188-PRW |
| Scott William Gonyeo | Chapter 7 |
| Barbara Ann Gonyeo | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0209-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 01, 2023 | Form ID: pdforder | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott William Gonyeo, 48 Sunset Trail, Fairport, NY 14450-1936 |
| jdb | + | Barbara Ann Gonyeo, 48 Sunset Trail, Fairport, NY 14450-1936 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2023            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David D. MacKnight | on behalf of Creditor Finger Lakes Federal Credit Union dmacknight@lacykatzen.com cpotter@lacykatzen.com;dgay@lacykatzen.com |
| Jae Y. Kim | on behalf of Notice of Appearance Creditor LoanCare LLC jyklaw@gmail.com |
| Kathleen Dunivin Schmitt, 11 | USTPRegion02.RO.ECF@USDOJ.GOV |
| Mark J. Schlant | mschlant@zsalawfirm.com  mschlant@ecf.axosfs.com |
| Steven Levitsky | |

Steven Levitsky
　　　　　　　　　on behalf of Joint Debtor Barbara Ann Gonyeo slevitsky@hwllawyers.com Hwl.law@frontiernet.net

　　　　　　　　　on behalf of Debtor Scott William Gonyeo slevitsky@hwllawyers.com Hwl.law@frontiernet.net

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In Re

SCOTT W. GONYEO and
BARBARA A. GONYEO,

        Debtors.

BK #23-20188

**ORDER**

**UNDER 11 U.S.C. sec. 554**

---

    Upon the application of the debtors, Scott W. Gonyeo and Barbara A. Gonyeo, by their attorney, Steven B. Levitsky, Esq., the consent of Chapter 7 Trustee, Mark J. Schlant, Esq., and upon all proper papers and proceedings herein, and it appearing that the property described in said application should be abandoned by the Bankruptcy Trustee, and after due deliberation, it is

    **ORDERED** that the Chapter 7 Trustee in this proceeding is hereby authorized to abandon the real property of the debtors, Scott W. Gonyeo and Barbara A. Gonyeo, located at 48 Sunset Trail, Fairport, New York 14450, tax account #152.14-2-54; and it is further

    **ORDERED** that the entry of this Order shall be deemed to constitute the abandonment of such property by the Trustee.

Dated: August 1, 2023
       Rochester, NY

                                              /s/
                                Hon. Paul R. Warren
                                US Bankruptcy Court Judge